McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-00072-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| FRANCISCO ALCANTAR-MIRANDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Friday, May 15, 2020, at 8:30 a.m.

2. By this stipulation, the parties now move to continue the matter to Friday, June 26, 2020, at 8:30 a.m., to allow the probation officer to interview the defendant and prepare the presentence report.

6. The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:** May 29, 2020

**Final PSR Filed with the Court:** June 5, 2020

1

| | |
|---|---|
| **Formal Objections to PSR/Sentencing Memo due:** | **June 12, 2020** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **June 19, 2020** |

IT IS SO STIPULATED.

DATED: March 26, 2020      Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 26, 2020

/s/ David Balakian
DAVID BALAKIAN
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: __March 27, 2020__

_____
UNITED STATES DISTRICT JUDGE