PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00072-JLT-SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING WITH MODIFICATIONS UNITED STATES' MOTION FOR BRIEFING SCHEDULE |
| v. | |
| FRANCISCO ALCANTAR MIRANDA, | |
| Defendant. | |

In accordance with the Court's General Order Number 670, the defendant's *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the retroactive application of Amendment 821 to the United States Sentencing Guidelines, was referred to the Federal Defender's Office for determination of assuming representation of the defendant. (Doc. 177.) The Federal Defender's Office subsequently declined representation of this defendant. Accordingly, the United States filed a motion requesting the Court set a briefing schedule.

///

///

///

///

1

IT IS HEREBY ORDERED that the United States' request for a briefing schedule is GRANTED. The United States is ordered to respond to the defendant's *pro se* motion within 30 days from the date of this Order. The defendant's reply brief, if any, shall be filed no later than 30 days after the filing of the government's response.

IT IS SO ORDERED.

Dated:  **December 20, 2023**

UNITED STATES DISTRICT JUDGE