UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ALCANTAR MIRANDA,<br><br>Defendant. | Case No.: 1:19-cr-00072 JLT SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 177) |

Francisco Alcantar Miranda seeks a reduction in his sentence based upon the 2023 Amendments to the United States Sentencing Guidelines, by claiming he was entitled to the 2-level reduction due to his being a "zero-point offender." (Doc. 177 at 1-2) Because the reduction would have no impact on the length of his sentence, Mr. Alcantar Miranda is not eligible for a reduction in his sentence. Thus, his motion is **DENIED**.

**I. Analysis**

Mr. Alcantar Miranda plead guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Cocaine, Heroin and Marijuana under 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846. (Docs. 74, 81) The statute requires that a person convicted under 21 U.S.C. § 841(a)(1) "shall be sentenced to a term of imprisonment which may not be less than 10 years." 21 U.S.C. § 841(b)(1)(A).

At the sentencing hearing, the Court determined Mr. Alcantar Miranda had a total offense

level 31, and because he had one prior eligible criminal conviction, the Court determined that his criminal history category was "I." (Doc. 74 at 8-9) Under the 2023 Amendments to the Guidelines, Mr. Alcantar Miranda would not have been determined to be a "zero-point offender" because he had a prior conviction.

However, no matter his total offense level, Mr. Alcantar Miranda was sentenced to the mandatory minimum term of imprisonment required by the statute. (Docs. 80, 81) Because there was no applicable exception to the mandatory minimum term of imprisonment to which Mr Alcantar Miranda was sentenced, the 2023 Amendments to the Guidelines provide him no relief. Thus, his motion to reduce his sentence (Doc. 177) is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 7, 2024**

UNITED STATES DISTRICT JUDGE